**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony D. WILLIAMS, Defendant–Appellant.**

**No. 12–10148.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.*

Filed June 24, 2013.

Ryan P. Dejoe, Assistant U.S. Office of the U.S. Attorney Tucson, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Anthony D. Williams, Anthony, TX, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Federal prisoner Anthony D. Williams appeals pro se from the district court's order denying his motion for clarification of his orally pronounced sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Williams contends that the district court should have issued an order clarifying that he was not sentenced as a career offender under U.S.S.G. § 4B1.1. Because the record supports the district court's conclusion that Williams was sentenced as a career offender, the court did not err by denying his motion.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.